## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>COXCOM, LLC,<br><br>      Defendant. | Civil Action No. 1:14-cv-00520-GMS<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| JOAO CONTROL & MONITORING SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TIME WARNER CABLE INC, and iCONTROL NETWORKS, INC.<br><br>      Defendants. | Civil Action No. 1:14-cv-00524-GMS<br><br>JURY TRIAL DEMANDED |
| JOAO CONTROL & MONITORING SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TERREMARK NORTH AMERICA LLC,<br><br>      Defendant. | Civil Action No. 1:14-cv-00525-GMS<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF STAMATIOS STAMOULIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS COXCOM, LLC, TIME WARNER CABLE, INC., AND TERREMARK NORTH AMERICA, LLC'S MOTION TO STAY PENDING *INTER PARTES REVIEW***

I, Stamatios Stamoulis, hereby declares as follows:

1.  I am an attorney with the law firm of Stamoulis & Weinblatt, LLC, and counsel for Plaintiff in the above-captioned litigation, and am an attorney admitted to practice before the United States District Court for the District of Delaware. In such capacity, I am fully familiar with the facts contained herein. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Stay Pending *Inter Partes Review*.

2.  Attached hereto as Exhibit A is a true and correct copy iControl's declaratory judgment complaint filed in the Western District of Texas on August 26, 2015.

3.  Attached hereto as Exhibit B is a true and correct copy of AIA Progress found at http://www.uspto.gov/sites/default/files/documents/062515_aia_stat_graph.pdf, June 25, 2015.

I declare under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge and belief.

Dated: October 13, 2015

STAMOULIS & WEINBLATT, LLC

  */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540